Alan Stuart Graf, OSB # 92317
alan@hippielawyer.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

FILED'06 FEB 14 15:10USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN WEHRMAN,

    Plaintiff,

v.

JO ANNE B. BARNHART
Commissioner of Social Security,

    Defendant.

CV 04-6411

ORDER FOR EAJA
ATTORNEY FEES

Based upon the stipulation of the parties, the Court orders the Commissioner of Social Security Administration to pay to the attorney of record the following: $4,218.33 in attorney fees and $170.00 in costs for a total of $4,388.33

It is so ORDERED

Dated this 14 day of February 2006

_____
United States Magistrate Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES